2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-24300-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Linda S. Madliger
814 S. Main Street
Butler PA 16001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: RightPath Servicing, P.O. Box 619096, Dallas, TX 75261 | Lakeview Loan Servicing, LLC<br>C/O Rushmore Servicing<br>PO BOX 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/29/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24300-JAD |
| Linda S. Madliger | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: Mar 27, 2024        Form ID: trc        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15517815 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Celine P. DerKrikorian | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Plaintiff Linda S. Madliger gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: trc | Total Noticed: 1 |

Glenn R. Bartifay
    on behalf of Debtor Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Mario J. Hanyon
    on behalf of Creditor LakeView Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting- - Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 15