**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Linda S. Madliger**
Debtor(s)

Bankruptcy Case No.: 17−24300−JAD

Chapter: 13
Docket No.: 78 − 77

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of December, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/4/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/12/25 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/4/25.**

                                                    Jeffery A. Deller
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-24300-JAD
Linda S. Madliger | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda S. Madliger, 814 S. Main Street, Butler, PA 16001-6327 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14717902 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14717903 | + | Butler Pathology, P.O. Box 1549, Butler, PA 16003-1549 |
| 14717905 | + | Cornerstone, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15441436 | | Lakeview Loan Servicing, LLC, 425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 |
| 14717909 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14727866 | + | PA American Water, 800 W. Hershey Park Dr., Hershey, PA 17033-2400 |
| 14757178 | + | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |
| 14727867 | + | Peoples Natural Gas, Bankruptcy Division, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: ebnpeoples@grblaw.com | Dec 24 2024 22:07:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14717904 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14717908 | | Email/Text: cfcbackoffice@contfinco.com | Dec 24 2024 22:08:00 | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 14717906 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 24 2024 22:09:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14794691 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 24 2024 22:08:00 | LakeView Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15699346 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14717907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 24 2024 22:08:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15492196 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14740750 | | Email/PDF: cbp@omf.com | Dec 24 2024 22:20:04 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14717910 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:19:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

Case 17-24300-JAD  Doc 80  Filed 12/26/24  Entered 12/27/24 00:13:23  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14878653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:30:44 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14768217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:30:48 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718302 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:19:44 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14790595 | | Email/Text: bnc-quantum@quantum3group.com Dec 24 2024 22:08:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15517815 | + | Email/Text: nsm_bk_notices@mrcooper.com Dec 24 2024 22:07:00 | | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14731129 | + | Email/Text: enotifications@santanderconsumerusa.com Dec 24 2024 22:08:00 | | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14717911 | + | Email/Text: enotifications@santanderconsumerusa.com Dec 24 2024 22:08:00 | | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14717912 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 24 2024 22:20:08 | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15325327 | ^ | MEBN Dec 24 2024 22:05:49 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573769 | + | Email/Text: EBN@edfinancial.com Dec 24 2024 22:07:00 | | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14727868 | + | Email/Text: bankruptcy@firstenergycorp.com Dec 24 2024 22:08:00 | | West Penn Power, 5001 Nasa Blvd., Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting- - Nati |
| cr | | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2024          Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brent J. Lemon | on behalf of Creditor LakeView Loan Servicing LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Celine P. DerKrikorian | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Linda S. Madliger gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Linda S. Madliger gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting- - Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 17