**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LINDA S. MADLIGER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:17-24300 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/27/2017 and confirmed on 12/27/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,314.00 |
| Less Refunds to Debtor | 406.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,907.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,253.00 | |
|   Trustee Fee | 4,466.39 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,719.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 65,489.06 | 0.00 | 65,489.06 |
|     Acct: 3029 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 8,407.69 | 8,407.69 | 0.00 | 8,407.69 |
|     Acct: 3029 | | | | |
|   SANTANDER CONSUMER USA | 7,998.00 | 7,998.00 | 1,293.26 | 9,291.26 |
|     Acct: 5656 | | | | |
| | | | | 83,188.01 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LINDA S. MADLIGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LINDA S. MADLIGER | 406.60 | 406.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ** | 3,753.00 | 3,753.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4413 | | | | |
|   BUTLER PATHOLOGY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4413 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 571.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 9545 | | | | |
|   US DEPARTMENT OF EDUCATION | 39,069.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 1688 | | | | |
|   CORNERSTONE EDUCATION LOAN SERV | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0005 | | | | |
|   CORNERSTONE EDUCATION LOAN SERV | 0.00 | 0.00 | 0.00 | 0.00 |

17-24300 JAD                                                                                                  Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0004 | | | | |
| | CORNERSTONE EDUCATION LOAN SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | CORNERSTONE EDUCATION LOAN SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | EOS CCA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2694 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6689 | | | | |
| | MIDWEST RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7578 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 2,829.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 3164 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN W | 920.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 9491 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7583 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,244.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 4360 | | | | |
| | WEST PENN POWER* | 2,150.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 5122 | | | | |
| | SANTANDER CONSUMER USA | 3,041.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 5656 | | | | |
| | US DEPARTMENT OF EDUCATION | 44,659.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 4413 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4360 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 83,188.01 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      16,405.69
UNSECURED    95,486.74

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LINDA S. MADLIGER

           Debtor(s)

   Ronda J. Winnecour
           Movant
           vs.
   No Repondents.

Case No.:17-24300 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-24300-JAD
Linda S. Madliger Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Dec 24, 2024  Form ID: pdf900  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda S. Madliger, 814 S. Main Street, Butler, PA 16001-6327 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14717902 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14717903 | + | Butler Pathology, P.O. Box 1549, Butler, PA 16003-1549 |
| 14717905 | + | Cornerstone, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15441436 | | Lakeview Loan Servicing, LLC, 425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 |
| 14717909 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14727866 | + | PA American Water, 800 W. Hershey Park Dr., Hershey, PA 17033-2400 |
| 14757178 | + | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |
| 14727867 | + | Peoples Natural Gas, Bankruptcy Division, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: ebnpeoples@grblaw.com | Dec 24 2024 22:07:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14717904 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:55 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14717908 | | Email/Text: cfcbackoffice@contfinco.com | Dec 24 2024 22:08:00 | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 14717906 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 24 2024 22:09:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14794691 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 24 2024 22:08:00 | LakeView Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach , VA 23452-4262 |
| 15699346 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14717907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 24 2024 22:08:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15492196 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14740750 | | Email/PDF: cbp@omf.com | Dec 24 2024 22:30:45 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14717910 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:19:50 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

Case 17-24300-JAD   Doc 81   Filed 12/26/24   Entered 12/27/24 00:13:23   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14878653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:30:54 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14768217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:20:02 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718302 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2024 22:30:50 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14790595 | | Email/Text: bnc-quantum@quantum3group.com Dec 24 2024 22:08:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15517815 | + | Email/Text: nsm_bk_notices@mrcooper.com Dec 24 2024 22:07:00 | | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14731129 | + | Email/Text: enotifications@santanderconsumerusa.com Dec 24 2024 22:08:00 | | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14717911 | + | Email/Text: enotifications@santanderconsumerusa.com Dec 24 2024 22:08:00 | | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14717912 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 24 2024 22:30:41 | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15325327 | ^ | MEBN Dec 24 2024 22:05:50 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573769 | + | Email/Text: EBN@edfinancial.com Dec 24 2024 22:07:00 | | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14727868 | + | Email/Text: bankruptcy@firstenergycorp.com Dec 24 2024 22:08:00 | | West Penn Power, 5001 Nasa Blvd., Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting- - Nati |
| cr | | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2024          Signature:          /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brent J. Lemon | on behalf of Creditor LakeView Loan Servicing  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Celine P. DerKrikorian | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting- - Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 17