**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Linda S. Madliger<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4413<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–24300–JAD | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Linda S. Madliger

<u>2/6/25</u>                                                                       **By the court:** <u>Jeffery A. Deller</u>
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda S. Madliger  
    Debtor

Case No. 17-24300-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 06, 2025      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda S. Madliger, 814 S. Main Street, Butler, PA 16001-6327 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14717902 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14717903 | + | Butler Pathology, P.O. Box 1549, Butler, PA 16003-1549 |
| 14717905 | + | Cornerstone, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15441436 | | Lakeview Loan Servicing, LLC, 425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 |
| 14717909 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14727866 | + | PA American Water, 800 W. Hershey Park Dr., Hershey, PA 17033-2400 |
| 14757178 | + | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |
| 14727867 | + | Peoples Natural Gas, Bankruptcy Division, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2025 04:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2025 04:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 07 2025 04:27:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 06 2025 23:44:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14717904 | | EDI: CAPITALONE.COM | Feb 07 2025 04:27:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14717908 | | Email/Text: cfcbackoffice@contfinco.com | Feb 06 2025 23:44:00 | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 14717906 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 06 2025 23:46:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14794691 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 06 2025 23:44:00 | LakeView Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach , VA |

Case 17-24300-JAD   Doc 85   Filed 02/08/25   Entered 02/09/25 00:25:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15699346 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14717907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 06 2025 23:44:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15492196 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14740750 | | EDI: AGFINANCE.COM | Feb 07 2025 04:27:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14717910 | + | EDI: AGFINANCE.COM | Feb 07 2025 04:27:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14878653 | | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14768217 | | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718302 | + | EDI: PRA.COM | Feb 07 2025 04:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14790595 | | EDI: Q3G.COM | Feb 07 2025 04:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15517815 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14731129 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 23:45:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14717911 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 23:45:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14717912 | + | EDI: SYNC | Feb 07 2025 04:27:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15325327 | ^ | MEBN | Feb 06 2025 23:33:58 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573769 | + | Email/Text: EBN@edfinancial.com | Feb 06 2025 23:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14727868 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 06 2025 23:45:00 | West Penn Power, 5001 Nasa Blvd., Fairmont, WV 26554-8248 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting- - Nati |
| cr | | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 17-24300-JAD    Doc 85    Filed 02/08/25    Entered 02/09/25 00:25:03    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brent J. Lemon | on behalf of Creditor LakeView Loan Servicing LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Celine P. DerKrikorian | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting- - Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 17