IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
LINDA S. MADLIGER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24300-JAD

Chapter 13

Related to Doc No.: 77

ORDER OF COURT

AND NOW, this ____6th____ day of __February__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____sjk
U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
2/6/25 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24300-JAD |
| Linda S. Madliger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda S. Madliger, 814 S. Main Street, Butler, PA 16001-6327 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 14717902 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14717903 | + | Butler Pathology, P.O. Box 1549, Butler, PA 16003-1549 |
| 14717905 | + | Cornerstone, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15441436 | | Lakeview Loan Servicing, LLC, 425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 |
| 14717909 | + | Midwest Recovery Syste, 2747 W Clay Street, Saint Charles, MO 63301-2557 |
| 14727866 | + | PA American Water, 800 W. Hershey Park Dr., Hershey, PA 17033-2400 |
| 14757178 | + | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |
| 14727867 | + | Peoples Natural Gas, Bankruptcy Division, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2025 00:00:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 06 2025 23:44:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14717904 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2025 00:13:45 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14717908 | | Email/Text: cfcbackoffice@contfinco.com | Feb 06 2025 23:44:00 | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 14717906 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 06 2025 23:46:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14794691 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 06 2025 23:44:00 | LakeView Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach , VA 23452-4262 |
| 15699346 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 14717907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 06 2025 23:44:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15492196 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14740750 | | Email/PDF: cbp@omf.com | Feb 06 2025 23:47:09 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14717910 | + | Email/PDF: cbp@omf.com | Feb 07 2025 00:13:45 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

Case 17-24300-JAD   Doc 86   Filed 02/08/25   Entered 02/09/25 00:25:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14878653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:47:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14768217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:47:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718302 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:46:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14790595 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2025 23:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15517815 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2025 23:44:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14731129 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 23:45:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14717911 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 23:45:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14717912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2025 23:46:47 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15325327 | ^ | MEBN | Feb 06 2025 23:33:58 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15573769 | + | Email/Text: EBN@edfinancial.com | Feb 06 2025 23:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14727868 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 06 2025 23:45:00 | West Penn Power, 5001 Nasa Blvd., Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing LLC |
| cr | | Lakeview Loan Servicing, LLC enote vesting- - Nati |
| cr | | Nationstar Mortgage, LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025          Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brent J. Lemon | on behalf of Creditor LakeView Loan Servicing  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Celine P. DerKrikorian | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com |
| Denise Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Linda S. Madliger gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor LakeView Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting- - Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 17